O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY L. BEAVERS,

        Petitioner,

    v.

ROBERT BROOMFIELD, Warden,

        Respondent.

Case No. 2:24-cv-04941-WLH-KES

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 44).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 48, 50, 54)[1] have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE **ORDERED** that Judgment be entered denying the Petition.

DATED: February 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] Docket entry 54 contains identical objections as Dkt. 55.