JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY L. BEAVERS,

Petitioner,

v.

ROBERT BROOMFIELD, Warden,

Respondent.

Case No. 2:24-cv-04941-WLH-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: February 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2