UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY L. BEAVERS,

Petitioner,

v.

ROBERT BROOMFIELD, Warden,

Respondent.

Case No. 2:24-cv-04941-WLH-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the motion to reconsider the denial of the certificate of appealability (Dkt. 59), the amended motion to reconsider that denial (Dkt. 60), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 66). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 69) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//

//

//

IT IS THEREFORE ORDERED that the motion for reconsideration (Dkt. 59) and the amended motion for reconsideration (Dkt. 60) are DENIED.

DATED: September 23, 2026

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE